without costs, case to retain its present position upon the trial calendar. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

BENJAMIN A. ABRAMS, Appellant, v. WILMOT P. THOMPSON and Others, Respondents. ANNA ABRAMS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ANGLO-DUTCH TRADING CORPORATION, Respondent, v. FILLMORE BUILDING CORPORATION and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

DOMENICO BIANCO, Appellant, v. WILLIAM S. DURR and ELMER S. DAVIS, Respondents.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION, DANIEL J. BERGEN and MARGARET BERGEN, Appellants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION and ELDORADO MORTGAGE CORPORATION, Appellants. KNUTE M. ERICKSON and ANNA V. ERICKSON, Defendants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION and ELIZABETH HENDRICKSON, Appellants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION, Appellant. AVERY A. NESBITT and CAROLINE E. NESBITT, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION, Appellant. CHARLES F. PITNEY and Others, Defendants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. HENRY MADSEN and Others, Appellants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

CARDINAL FURNITURE FACTORIES, INC., Respondent, v. DIANA FURNITURE COMPANY, Appellant.— Motion granted. Time to answer extended for five days after the determination of the appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to open default denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GEORGE W. CASE, Appellant, v. ELIZABETH J. CHAPIN and Others, as Executors, etc., Respondents. ATLANTIC UTILITIES CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the October term (for which term the case is set down) and be ready for

argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ALONZO E. DE BAUN, Appellant, v. JOHN W. BLOCK, JR., Defendant. JESSIE B. GRAFF and Others, Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THOMAS DRYSDALE, Respondent, v. APARTMENT DEVELOPMENTS, INC., and Others, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

THE DURASTONE CO., INC., and WALTER W. KRIDER, Appellants, v. JOHN H. PRICE and Others, Respondents. ANNICE W. PRICE, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., not voting.

BENJAMIN R. EDELSTEIN, Trading as STATE IMPORTING COMPANY, Respondent, v. HYMAN SHAPIRO, Trading as SHAPIRO SPORTING GOODS COMPANY, Appellant.— In view of the disposition of the appeal from the order denying defendant's motion for a change of venue (*post*, p. 751, decided this date), the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

SIDNEY HARRIS, Respondent, v. W. & G. IMPROVEMENT COMPANY, INC., Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ELIZABETH M. HENNESSEY, Respondent, v. WILLIAM J. HENNESSEY, Appellant. (Appeal No. 1.) ELIZABETH M. HENNESSEY, Respondent, v. WILLIAM J. HENNESSEY, Appellant. (Appeal No. 2.) — Motion to expunge matter from respondent's briefs granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Judicial Settlement of the Account of GUISIPPINA PARASCANDOLA, as Administratrix, etc., of JOSEPH AUDITÓRE, Deceased. FRANK AUDITORE and NATIONAL SURETY COMPANY, Appellants; GUISIPPINA PARASCANDOLA, as Administratrix, etc., MECHANICS BANK, as Trustee, and THOMAS CRADOCK HUGHES, Special Guardian for PAULINE AUDITORE and Others, Infants, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. Settle order on notice.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., on Academy Street and First Avenue, etc., in the Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law. — Motion to confirm referee's report granted. Submit order with consent of corporation counsel. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of MARC M. FOX, an Attorney.— Matter referred to Honorable Harrington Putnam, an official referee, to take testimony and to report thereon to this court with his opinion. This is without prejudice to an application on the part of the petitioner for leave to file further charges. If the respondent should desire particulars regarding any of the charges, application therefor should be made to the official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.